

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>JORGE ROSAS-SOSA,<br><br>　　　　　　Defendant. | Criminal Case No. 08CR0651-JLS<br><br>I N F O R M A T I O N<br><br>Title 8, U.S.C.,<br>Secs. 1324(a)(1)(A)(ii) and<br>(v)(II) - Transportation of<br>Illegal Aliens and Aiding and<br>Abetting |

The United States Attorney charges:

On or about February 20, 2008, within the Southern District of California, defendant JORGE ROSAS-SOSA, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Rodrigo Barbosa-Mata, had come to, entered and remained in the United States in violation of law, did transport and move, said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

DATED: 3/6/08 .

　　　　　　　　　　　　　　　　　　KAREN P. HEWITT
　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　for CARLA J. BRESSLER
　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney

CJB:es:San Diego
2/25/08