FILED

2008 JUN -2 AM 9:18

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____YNIX_____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JORGE ROSAS-SOSA, )<br>)<br>Defendant. )<br>_____ ) | CASE NO. 08CR00651-001-JLS<br><br>O R D E R |

Pursuant to a written request from the United States Probation Office, the sentencing date presently set for June 27, 2008 is vacated and reset to August 8, 2008 at 9:00 a.m..

If the defendant is on bond, defense counsel is to file an acknowledgment of the next court date by the defendant within a week of receipt of this order.

DATED: 5/30/08

_____
Janis L. Sammartino
U.S. District Judge

cc: all counsel of record